UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YA-SIR KYREEM UMAR,

Plaintiff,

v.

J. BEAN, et al.,

Defendants.

Case No.: 2:25-cv-01437-MMD-NJK

**ORDER**

[Docket Nos. 13, 14]

Nevada prisoner Ya-Sir Umar brings this pro se civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. Docket No. 12.  On April 27, 2026, the Court screened Plaintiff's civil-rights complaint, dismissing his Eighth Amendment medical- and safety-indifference claims with leave to amend by Wednesday, May 27, 2026.  Docket No. 11.  In screening Plaintiff's original complaint, the Court expressly ordered that, if Plaintiff failed to file an amended complaint by May 27, this action would be "subject to dismissal without prejudice and for failure to state a claim for relief." *Id.* at 8.  That deadline has not expired, and Plaintiff has not yet filed an amended complaint.  Plaintiff instead filed two motions asking the Court to provide a status check and set a mediation or settlement conference to remedy his claims.  Docket Nos. 13, 14.

The Court denies Plaintiff's motions.  The Court clarifies that Plaintiff does not have any claims proceeding at this time.  The next step in this lawsuit is for Plaintiff to file an amended complaint consistent with the Court's screening order, if he wishes to do so.  If Plaintiff timely files an amended complaint, that pleading will be screened in a separate order and the screening process might take several months.  If Plaintiff does not timely file an amended complaint, then this action will be subject to dismissal without prejudice.  But considering Plaintiff's motions, the Court will resend him courtesy copies of the screening order and its attachments, and it will extend the deadline for him to file an amended complaint.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's motions for a status check and to schedule a mediation or settlement conference, Docket Nos. 13, 14, are **DENIED**.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file an amended complaint consistent with the Court's screening order, Docket No. 11, is **EXTENDED to June 17, 2026**.  This action will be subject to dismissal without prejudice and for failure to state a claim for relief if Plaintiff fails to file an amended complaint by June 17.

The Clerk of the Court is INSTRUCTED to resend Plaintiff Umar a courtesy copy of the May 27, 2026, screening order and all its attachments, Docket Nos. 11, 11-1, 11-2.

IT IS SO ORDERED.

DATED: May 21, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2